UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE A. DUNCAN, | Case No. 2:25-cv-00090-CSK |
| Plaintiff, | ORDER FOR JOINT SCHEDULING REPORT |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

This action has been assigned to Magistrate Judge Chi Soo Kim upon the consent of all parties pursuant to 28 U.S.C. § 636(c). (ECF No. 11.) Defendant Ford Motor Company has answered Plaintiff Christie A. Duncan's Complaint. (ECF No. 10, Exh. B.) There are no other defendants named in the Complaint.[1] (*See* ECF No. 1-3.) Thus, this case is ripe for scheduling.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 30 days of this order, the parties shall confer regarding the filing of a Joint Status Report addressing the relevant portions of Local Rule 240(a) to facilitate

---

[1] Plaintiff also names Defendants Does 1-10 in the Complaint. *See* ECF No. 1-3 at 3 ¶ 3.

1

the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status Report:

   a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench;
   b) Whether Defendants Does 1-10 will be dismissed by Plaintiff, and if not, when Plaintiff will identify and amend to name additional defendants currently identified as Doe Defendants;
   c) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur at least four weeks before the proposed trial date. The parties' proposed trial date should occur approximately three months after the dispositive motion hearing deadline; and
   d) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. An initial pretrial scheduling conference shall be held on Tuesday, May 20, 2025 at 10:00 a.m. in Courtroom 25.
3. The parties are reminded of the Local Rule 240(b) requirement to submit a proposed discovery plan within fourteen (14) days of the parties' discovery conference.
4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

5. The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated: April 2, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, dunc0090.25