UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 17, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

CHRISTIE A. DUNCAN,
                    Plaintiff,

        v.

FORD MOTOR COMPANY,
                    Defendant.

No.   2:25-cv-00090-CSK

**MINUTE ORDER**

The Court is in receipt of the parties' joint stipulation to modify the pretrial scheduling order filed on May 21, 2025. (ECF No. 22.) Having considered the joint stipulation and finding good cause, the Court grants the parties' request and orders the following **as modified**:

Deadline to complete non-expert discovery: from February 27, 2026 to May 27, 2026

Deadline to disclose expert witnesses: from March 6, 2026 to June 3, 2026

Deadline to disclose rebuttal experts: from April 3, 2026 to July 2, 2026

Deadline to complete expert discovery: from April 17, 2026 to July 17, 2026

Deadline if cross-motions for summary judgment with Plaintiff's summary judgment motion filed by: from May 5, 2026 to August 4, 2026

Deadline if no cross-motions for summary judgment with dispositive motions filed by: from May 26, 2026 to August 25, 2026

Deadline to hear all dispositive motions: from June 30, 2026 to September 29, 2026

Deadline for Joint Pretrial Statement: 21 days before the Final Pretrial Conference ("FPTC")

Deadline to file Motions In Limine: 14 days before the FPTC

Final Pretrial Conference and Motions In Limine Hearing: from October 19, 2026 to January 21, 2027

Jury Trial (3-5 days): from November 16, 2026 to March 1, 2027

**All other requirements in the May 21, 2025 Pretrial Scheduling Order (ECF No. 18) remain unchanged.**