Heather B. Dillion (SBN 292156)
Heather.Dillion@jacksonlewis.com
Alexis N. Hishmeh (SBN 317503)
Alexis.Hishmeh@jacksonlewis,com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE A. DUNCAN,<br><br>                    Plaintiff,<br>      vs.<br><br>FORD MOTOR COMPANY,<br><br>                    Defendant. | CASE NO.: 25-cv-00090-CSK<br><br>**STIPULATION TO FURTHER EXTEND CASE SCHEDULE** |

Plaintiff CHRISTIE A. DUNCAN ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively, "the Parties") hereby stipulate as follows:

1.     On November 27, 2024, Plaintiff filed a complaint against Defendant in the Superior Court of California, County of San Joaquin.

2.     On January 8, 2025, Defendant removed this matter to the United States District Court for the Eastern District of California.

3.     On May 21, 2025, the Court issued a Scheduling Order (ECF No. 18).

4.     On February 17, 2026, the Court issued a Minute Order, following joint stipulation, modifying the case schedule (ECF No. 23).

/ / /

5. The Parties participated in a mediation on April 7, 2026, before the Honorable Howard R. Broadman (Ret.). Although the matter did not resolve at mediation, the Parties have continued to engage in good-faith settlement negotiations.

6. Defendant has recently retained new counsel, who requires additional time to become familiar with the case, review discovery, and participate meaningfully in ongoing proceedings and settlement negotiations.

7. By and through this stipulation, the Parties agree to extend the deadlines for completion of non-expert discovery, expert discovery, and dispositive motion practice by approximately ninety (90) days, while maintaining the currently scheduled Final Pretrial Conference and Jury Trial dates.

8. The Parties therefore stipulate and respectfully request that the Court modify the case schedule as follows:

- the deadline to complete non-expert discovery shall be extended from May 27, 2026 to August 25, 2026;

- the deadline to disclose expert witnesses shall be extended from June 3, 2026 to September 1, 2026;

- the deadline to disclose rebuttal experts shall be extended from July 2, 2026 to September 30, 2026;

- the deadline to complete expert discovery shall be extended from July 17, 2026 to October 15, 2026;

- the deadline for filing cross-motions for summary judgment shall be extended from August 4, 2026 to November 2, 2026;

- the deadline for filing dispositive motions shall be extended from August 25, 2026 to November 23, 2026;

- and the deadline to hear dispositive motions shall be extended from September 29, 2026 to December 28, 2026.

9. The Final Pretrial Conference shall remain set for January 21, 2027, and Jury Trial shall remain set for March 1, 2027.

10.     In accordance with the Court's prior orders, the Joint Pretrial Statement shall be due on December 31, 2026, Motions in Limine shall be due on January 7, 2027, and any oppositions thereto shall be due on January 14, 2027, all calculated from the existing Final Pretrial Conference date.

11.     Good cause exists for the requested extension in light of Defendant's recently retained counsel and the Parties' ongoing settlement efforts following mediation.

Dated:     June 1, 2026                    JACKSON LEWIS P.C.

                                           /s/ Alexis N. HIshmeh
                                           Heather B. Dillion
                                           Alexis N. Hishmeh

                                           Attorneys for Defendant
                                           FORD MOTOR COMPAY

Dated:     May 27, 2026                    NEUMILLER & BEARDSLEE, APC

                                           /s/ Lisa Blanco Jimenez

                                           Attorneys for Plaintiff
                                           CHRISTIE A. DUNCAN

### SIGNATURE ATTESTATION

Pursuant to Local Rule 131(e), I attest that all signatories listed on this document concur in the filing's content on the date indicated herein.

                                           /s/ Alexis N. Hishmeh
                                           Alexis N. Hishmeh

Case No.: 2:25-cv-00090-CSK                3        STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND CASE SCHEDULE

**~~PROPOSED~~ MODIFIED ORDER**

The Court, having considered the Parties' Stipulation to Extend Case Schedule, and for good cause shown, hereby ORDERS that the deadline for completion of non-expert discovery, expert discovery, and dispositive motion practice **be extended** by approximately ninety (90) days **and that the Final Pretrial Conference and Jury Trial be continued to dates confirmed by the parties with court staff.**

The Court further orders that other case schedule deadlines are reset as follows:

- Deadline to complete non-expert discovery is extended from May 27, 2026 to August 25, 2026;

- Deadline to disclose expert witnesses is extended from June 3, 2026 to September 1, 2026;

- Deadline to disclose rebuttal experts is extended from July 2, 2026 to September 30, 2026;

- Deadline to complete expert discovery is extended from July 17, 2026 to October 15, 2026;

- Deadline for filing cross-motions for summary judgment is extended from August 4, 2026 to November 2, 2026;

- Deadline for filing dispositive motions is extended from August 25, 2026 to November 23, 2026;

- Deadline to hear dispositive motions is extended from September 29, 2026 to December 29, 2026;

- Joint Pretrial Statement is due 21 days before the Final Pretrial Conference ("FPTC");

- Motions in Limine are due 14 days before the FPTC;

- Final Pretrial Conference is continued from January 21, 2027 to April 26, 2027 at 10:00 a.m. in Courtroom 25;

- Jury Trial is continued from March 1, 2027 to June 21, 2027 at 9:30 a.m. in Courtroom 25.

The extensions apply only to the deadlines set forth herein.

All other requirements in the Court's May 21, 2025 Pretrial Scheduling Order (ECF No. 18) remain in place.

**IT IS SO ORDERED.**

Dated:  June 8, 2026

_____

Hon. Chi Soo Kim
United States Magistrate Judge