Heather B. Dillion (SBN 292156)
Heather.Dillion@jacksonlewis.com
Alexis N. Hishmeh (SBN 317503)
Alexis.Hishmeh@jacksonlewis,com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE A. DUNCAN,<br><br>Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CASE NO.: 2:25-cv-00090-CSK<br><br>**STIPULATION TO FURTHER EXTEND CASE SCHEDULE; ~~[PROPOSED]~~ MODIFIED ORDER** |

Plaintiff CHRISTIE A. DUNCAN ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively, "the Parties") hereby stipulate as follows:

1. On November 27, 2024, Plaintiff filed a complaint against Defendant in the Superior Court of California, County of San Joaquin.

2. On January 8, 2025, Defendant removed this matter to the United States District Court for the Eastern District of California.

3. On May 21, 2025, the Court issued a Scheduling Order (ECF No. 18).

4. On February 17, 2026, the Court issued a Minute Order, following joint stipulation, modifying the case schedule (ECF No. 23).

/ / /

5. The Parties participated in a mediation on April 7, 2026, before the Honorable Howard R. Broadman (Ret.). Although the matter did not resolve at mediation, the Parties have continued to engage in good-faith settlement negotiations.

6. Defendant retained new counsel in late May 2026, who required additional time to become familiar with the case, review discovery, and participate meaningfully in ongoing proceedings and settlement negotiations. Accordingly, the Court modified the case schedule on June 8, 2026, following joint stipulation by the Parties. (ECF No. 28)

7. The Parties have diligently and cooperatively engaged in discovery and have made substantial progress toward completing all necessary fact and expert discovery. Despite their best efforts, several critical depositions and expert-related discovery remain outstanding due to scheduling constraints and the limited availability of key witnesses, deponents, and retained experts. These circumstances are outside the Parties' control and have prevented the completion of discovery within the current case schedule. Accordingly, a brief continuance will allow the Parties sufficient time to complete the remaining fact and expert discovery, ensure the orderly preparation of the case for trial, and promote resolution of the matter on its merits without prejudice to any party.

8. By and through this stipulation, the Parties agree to extend the deadlines for completion of non-expert discovery, expert discovery, and dispositive motion practice by approximately ninety (60) days.

9. The Parties therefore stipulate and respectfully request that the Court modify the case schedule as follows:

- the deadline to complete non-expert discovery shall be extended from August 25, 2026 to October 26, 2026;
- the deadline to disclose expert witnesses shall be extended from September 1, 2026 to November 2, 2026;
- the deadline to disclose rebuttal experts shall be extended from September 30, 2026 to November 30, 2026;
- the deadline to complete expert discovery shall be extended from October 15, 2026 to December 15, 2026;

- the deadline for filing cross-motions for summary judgment shall be extended from November 2, 2026 to January 4, 2027;
- the deadline for filing dispositive motions shall be extended from November 23, 2026 to January 25, 2027;
- the deadline to hear dispositive motions shall be extended from December 28, 2026 to February 28, 2027;
- the Final Pretrial Conference shall be extended from April 26, 2027 to June 7, 2027;
- and the Jury Trial shall be extended from June 21, 2027 to July 27, 2027.

10. In accordance with the Court's prior orders, the Joint Pretrial Statement shall be due 21 days before the Final Pretrial Conference and motions in limine 14 days before the Final Pretrial Conference.

11. Good cause exists for the requested extension in light of Defendant's recently retained counsel and the Parties' ongoing settlement efforts following mediation.

Dated: August 25, 2026

JACKSON LEWIS P.C.

*/s/ Alexis N. Hishmeh*
Heather B. Dillion
Alexis N. Hishmeh

Attorneys for Defendant
FORD MOTOR COMPAY

Dated: August 24, 2026

NEUMILLER & BEARDSLEE, APC

*/s/ Lisa Blanco Jimenez*

Attorneys for Plaintiff
CHRISTIE A. DUNCAN

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I attest that all signatories listed on this document concur in the filing's content on the date indicated herein.

/s/ *Alexis N. Hishmeh*
Alexis N. Hishmeh

# ~~PROPOSED~~ MODIFIED ORDER

The Court, having considered the Parties' Stipulation to Extend Case Schedule, and for good cause shown, hereby ORDERS that the deadline for completion of non-expert discovery, expert discovery, and dispositive motion practice by approximately ~~ninety~~ sixty (60) days.

The Court further orders that other case schedule deadlines are reset as follows:

- the deadline to complete non-expert discovery shall be extended from August 25, 2026 to October 26, 2026;
- the deadline to disclose expert witnesses shall be extended from September 1, 2026 to November 2, 2026;
- the deadline to disclose rebuttal experts shall be extended from September 30, 2026 to November 30, 2026;
- the deadline to complete expert discovery shall be extended from October 15, 2026 to December 15, 2026;
- the deadline for filing cross-motions for summary judgment shall be extended from November 2, 2026 to January 4, 2027;
- the deadline for filing dispositive motions shall be extended from November 23, 2026 to January 25, 2027;
- the deadline to hear dispositive motions shall be extended from December 28, 2026 to ~~February 28~~ March 2, 2027.
- the Final Pretrial Conference shall be extended from April 26, 2027 to June 7, 2027;
- and the Jury Trial shall be extended from June 21, 2027 to July 27, 2027.
- In accordance with the Court's prior orders, the Joint Pretrial Statement shall be due 21 days before the Final Pretrial Conference and motions in limine shall be due 14 days before the Final Pretrial Conference.

/ / /

/ / /

/ / /

/ / /

The extensions apply only to the deadlines set forth herein.

All other requirements in the Court’s May 21, 2025 Pretrial Scheduling Order (ECF No. 18) remain in place.

**IT IS SO ORDERED.**

Dated: August 25, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, dunc.0090.25